1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY CONTRERAS FOR MINOR SON MARIANO SERRANO, | ) 1:10cv01028 DLB<br>)<br>) |
| Plaintiff, | ) ORDER GRANTING MOTION TO<br>) APPOINT GUARDIAN AD LITEM<br>)<br>) (Document 1)<br>) |
| v. | )<br>) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

Plaintiff Becky Contreras filed a motion for appointment as the guardian ad litem for Mariano Serrano, her minor son, on June 7, 2010.  The motion is GRANTED.

IT IS SO ORDERED.

Dated:    **June 18, 2010**          _____ **/s/ Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE