# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BECKY CONTRERAS FOR MINOR SON MARIANO SERRANO, | ) ) ) | 1:10cv01028 DLB |
| Plaintiff, | ) ) ) ) | ORDER GRANTING EXTENSION OF TIME (Document 17) |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On December 13, 2010, the parties filed a stipulation to allow Plaintiff an extension of time to serve her confidential letter brief. The parties' request is GRANTED. Plaintiff's confidential letter brief SHALL be served on or before December 29, 2010.

IT IS SO ORDERED.

Dated:   **December 14, 2010**                    **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE