IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BECKY CONTRERAS, | ) | 1:10cv01028 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

     On June 7, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  Also on June 7, 2010, the Court issued a Scheduling Order.  The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint.  The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1

On October 26, 2010, Defendant lodged the administrative record. Pursuant to the Scheduling Order and the parties' subsequent stipulation to extend time, Plaintiff was required to file her brief on or before March 6, 2011. Plaintiff has failed to file a brief.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to comply with the Court's orders. Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order. If Plaintiff desires more time to file her brief or wishes to dismiss this action, she should so state in her response.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   March 31, 2011**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE