IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BECKY CONTRERAS, | ) | 1:10cv01028 DLB |
| | ) | |
| | ) | |
| | ) | |
| | ) | ORDER DISCHARGING |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| vs. | ) | (Document 19) |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 31, 2011, the Court issued an order to show cause why this matter should not be dismissed because of Plaintiff's failure to file an opening brief.

Plaintiff filed a response on the same date explaining that counsel made a calendaring error. Counsel moves the Court for an extension of time to file an opening brief and states that Defendant's counsel does not object to the late filing.

Based on Plaintiff's response, the order to show cause is DISCHARGED.  Plaintiff shall file her opening brief on or before April 26, 2011.


IT IS SO ORDERED.

Dated:   __April 4, 2011__          _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE

1