```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER K. THOMPSON, HSBN 5890
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Telephone:  (415) 977-8959
        Facsimile:  (415) 744-0134
7       E-Mail: Peter.Thompson@ssa.gov

8  Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BECKY CONTRERAS<br>FOR MINOR SON<br>MARIANO SERRANO,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | 1:10cv01028 DLB<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND, NINE HUNDRED DOLLARS AND NO CENTS ($3,900.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: November 10, 2011   /s/Bess M. Brewer
                           *(As authorized via email)*

                           BESS M. BREWER
                           Attorney for Plaintiff

                           BENJAMIN B. WAGNER
                           United States Attorney
                           DONNA L. CALVERT
                           Acting Regional Chief Counsel, Region IX
                           Social Security Administration

Dated: November 10, 2011   By   /s/ *Peter K. Thompson*
                                PETER K. THOMPSON
                                Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **November 14, 2011**           /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE